Bennett M. Cohen, Esq. (State Bar No. 98065)
Law Office Of Bennett M. Cohen, PC
1438 Market Street
San Francisco, California 94102
Telephone (415) 864-3246; Fax (415) 373-9365
Email: bennettmcohen@gmail.com

Attorney for PLAINTIFF JEREMY SATTERLEE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY SATTERLEE,<br><br>    Plaintiff,<br><br>vs.<br><br>GREAT LAKES INSURANCE SE and CONCEPT SPECIAL RISKS, LIMITED,<br><br>    Defendants. | CASE NO.: 4:21-cv-01774-DMR<br><br>ORDER GRANTING PLAINTIFF JEREMY SATTERLEE'S ADMINISTRATIVE MOTION FOR AN ORDER CONTINUING ALL DATES ON CALENDAR IN THIS CASE FOR A PERIOD OF NINETY (90) DAYS<br><br>Judge: Honorable Donna M. Ryu<br><br>Place:  Courtroom 4, Third Floor<br>         Oakland Courthouse |

1

ORDER GRANTING PLAINTIFF JEREMY SATTERLEE'S ADMINISTRATIVE MOTION FOR AN ORDER CONTINUING ALL DATES ON CALENDAR IN THIS CASE FOR A PERIOD OF NINETY (90) DAYS;
Case No. 4:21-cv-01774-DMR

On June 2, 2021, Plaintiff Jeremy Satterlee filed an administrative motion entitled PLAINTIFF JEREMY SATTERLEE'S ADMINISTRATIVE MOTION FOR AN ORDER CONTINUING ALL DATES ON CALENDAR IN THIS CASE FOR A PERIOD OF NINETY (90) DAYS.

After full consideration of the moving papers and GOOD CAUSE APPEARING, the Court hereby grants Plaintiff Jeremy Satterlee's motion. The calendar in this case shall be changed as follows:

1. The last day to meet and conf re: initial disclosures, early settlement, ADR process selection, and discovery plan is changed to August 25, 2021;
2. The last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement is changed to September 8, 2021;
3. The Initial Case Management Conference is continued to September 15, 2021 at 1:30 pm.

IT IS SO ORDERED.

Dated: June 4, 2021

_____
UNITED STATES MAGISTRATE JUDGE