UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY SATTERLEE,<br><br>Plaintiff,<br><br>v.<br><br>GREAT LAKES INSURANCE SE, et al.,<br><br>Defendants. | Case No. 21-cv-01774-DMR<br><br>**ORDER TO SHOW CAUSE RE SERVICE OF COMPLAINT** |

Plaintiff Jeremy Satterlee filed the complaint on March 12, 2021.  On June 2, 2021, Plaintiff filed a request to continue certain case deadlines by approximately 90 days.  [Docket No. 9.]  Plaintiff's counsel stated in a supporting declaration that he filed the lawsuit less than five weeks after being contacted by Plaintiff to represent him due to concerns about the statute of limitations, and that counsel needed additional time to review the case.  [Docket No. 10.]  The court granted the request on June 4, 2021 and continued the initial case management conference to September 15, 2021, as well as related deadlines.  [Docket Nos. 9-11.]  The court did not extend the Federal Rule of Civil Procedure 4(m) deadline to serve the summons and complaint, which was June 10, 2021, and it appears that the summons and complaint have not yet been served on Defendant.  Pursuant to Rule 4(m), the court must dismiss an action without prejudice if a defendant is not served within 90 days after the complaint is filed.  Accordingly, Plaintiff is hereby ORDERED to show cause in writing by no later than September 16, 2021 why this action should not be dismissed without prejudice for failure to serve the summons and complaint on Defendant.  The September 15, 2021 CMC is VACATED and will be rescheduled if appropriate.

**IT IS SO ORDERED.**

Dated: September 9, 2021

Donna M. Ryu
United States Magistrate Judge